IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03189-PAB-MEH

WILLIAM MONTGOMERY,

    Plaintiff,

v.

ARMANDO CRUZ, and
RANDY CHAVEZ,

    Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff William Montgomery, *pro se*, and Defendants Armando Cruz and Randy Chavez, through counsel, submit this Joint Motion to Amend Scheduling Order and state as follows:

The Court directed the parties "to submit, to the extent possible, a joint motion to amend the scheduling order to amend the discovery deadlines which have all since passed." [Doc. #59.] The parties have conferred and agreed to the following discovery deadlines:

- Rule 26(a)(1) initial disclosures:   April 15, 2022
- Joinder of parties and amendment of pleadings:   April 22, 2022
- Discovery cut-off:   September 16, 2022
- Dispositive motions:   October 17, 2022
- Affirmative expert witness disclosure:   July 15, 2022
- Rebuttal expert witness disclosure:   August 16, 2022

These deadlines are contained in the proposed Amended Scheduling Order attached in redline form as Exhibit 1 and submitted to Chambers in editable format.

Pursuant to Federal Rule of Procedure 26(f), the parties also conferred regarding the possibility of early settlement or resolution of the case by alternative dispute resolution. Early settlement is unlikely at this time.

Dated this 7th day of April, 2022.

Respectfully submitted by,

| s/ *William Montgomery* | s/ *Geoffrey C. Klingsporn* |
|---|---|
| William Montgomery | Geoffrey C. Klingsporn |
| 2443 South University Blvd. | Assistant City Attorney |
| PMB 129 | Robert C. Huss |
| Denver, Colorado 80210 | Assistant City Attorney |
| 970-412-5463 | Denver City Attorney's Office |
| zoinbergs@gmail.com | Litigation Section |
| | 201 W. Colfax Avenue, Dept. 1108 |
| | Denver, Colorado 80202-5332 |
| | Telephone: 720-913-3100 |
| | Facsimile: 720-913-3190 |
| | E-mail: geoffrey.klingsporn@denvergov.org |
| | E-mail: robert.huss@denvergov.org |
| | *Attorneys for Defendants* |

## CERTFICATE OF SERVICE

   I hereby certify that on this 7th day of April, 2022 the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was filed with the Clerk of the Court via the CM/ECF system, and was served via First Class U.S. Mail, postage prepaid on the following:

William Montgomery
2443 S. University Blvd. PMB 129
Denver, CO 80210
zoinbergs@gmail.com
*Plaintiff*

              *s/ Bonnie Marsh*
              Denver City Attorney's Office

3