## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03189-PAB-CYC

WILLIAM MONTGOMERY,

      Plaintiff,

v.

ARMANDO CRUZ,

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Ellen Herzog, Assistant City Attorney for the Denver City Attorney's Office, hereby enters her appearance as counsel of record on behalf of Defendant Armando Cruz.

Dated this 6th day of May 2026.

      Respectfully submitted by,

      s/ *Ellen Herzog*

      Ellen Herzog
      Andrew Oh-Willeke
      Assistant City Attorney
      Denver City Attorney's Office
      Civil Litigation Section
      201 W. Colfax Avenue, Dept. 1108
      Denver, Colorado 80202-5332
      Telephone: 720-913-3100
      Facsimile: 720-913-3155
      E-mail: ellen.herzog@denvergov.org
      E-mail: andrew.oh-willeke@denvergov.org
      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2026 the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

William Montgomery
2443 S. University Blvd.
PMB 129
Denver, CO 80210
*Plaintiff*

*s/ Michele Imes*<br>Denver City Attorney's Office

2